UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gary Spicer,                                          Case No. 19-cv-0447 (SRN/DTS)

      Plaintiff,

v.                                                                    ORDER

Thomas Roy, et al.,

      Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated May 29, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 19, 2019

                                                                 s/Susan Richard Nelson
                                                                 SUSAN RICHARD NELSON
                                                                 United States District Judge